JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| QUINN BASS, | ) | NO. ED CV 23-1839-JVS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is denied and dismissed without prejudice.

DATED: October 20, 2023.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE